UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOHN ASSADI, et al.,                                         :
                                        Plaintiffs,          :
                                                             :      24 Civ. 8562 (LGS)
            -against-                                        :
                                                             :      ORDER
ANTHONY J. BLINKEN, et al,                                   :
                                                             :
                                        Defendants.          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on November 12, 2024, the Complaint for a Writ of Mandamus was filed.  It is hereby

      **ORDERED** that the Government shall, by **December 30, 2024**, file a memorandum in opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen pages.  Plaintiffs shall, by **January 20, 2025**, file a reply memorandum that shall not exceed ten pages.  The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: December 4, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE